UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-20497-CIV-MARTINEZ**

OMAIDA C. VELAZQUEZ,

    Plaintiff,

v.

UNIVERSITY OF MIAMI LEONARD M.
MILLER SCHOOL OF MEDICINE *et al.*,

    Defendants.
_____/

**ORDER OF RECUSAL**

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of February, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record