UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-20497-CIV-MORENO**

DR. OMAIDA VELAZQUEZ,

    Plaintiff,

vs.

THE UNIVERSITY OF MIAMI, d/b/a
LEONARD M. MILLER SCHOOL OF
MEDICINE; THE UNIVERSITY OF MIAMI,
d/b/a THE UNIVERSITY OF MIAMI
HEALTH SYSTEM; AND THE
UNIVERSITY OF MIAMI,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, recuses himself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Court's Internal Operating Procedures.

DONE AND ORDERED in Chambers at Miami, Florida, this __18th__ of September 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

In accordance with Internal Operating Procedure 2.16.00 for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of the United States District Judge __Robert N. Scola, Jr.__

Copies of this Order shall be served on all parties of record by the United States Mail. All documents for filing in this case shall carry the following case number and designation: ____
23-20497-CIV-SCOLA/GOODMAN.

By Order of the Court dated this ___19th___ of September 2023.

                    Angela E. Noble
                    Clerk of Court

                    _J. Conway_
                    by: Deputy Clerk

Copies provided to:
Counsel of Record