United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Omaida C. Velazquez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 23-20497-Civ-Scola |
| University of Miami Leonard M. | ) |
| Miller School of Medicine, and the | ) |
| University of Miami Health System, | ) |
| Defendants. | ) |

### Order of Recusal

In accordance with 28 U.S.C. § 455, I must disqualify myself from this case: the Plaintiff was the Chair of the Department of Surgery and Surgeon-in-Chief at the University of Miami Miller School of Medicine, and my son worked with her directly as a General Surgery Resident. Consistent with this Court's Internal Operating Procedure Number 2.16.00, this matter is **referred** to the Clerk of the Court for permanent reassignment to another Judge.

**Done and ordered** in chambers, at Miami, Florida, on September 26, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge **Roy K. Altman**.

All documents for filing in this case shall carry the following case number and designation: **23-cv-20497-Altman/Goodman**.

By Order of Court this **26th** day of September.

**Angela Noble**
Court Administrator/Clerk of Court

By: /s/Valerie Kemp
_____
Deputy Clerk