UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-20497-CIV-ALTMAN/GOODMAN

OMAIDA VELAZQUEZ,

    Plaintiff,

v.

THE UNIVERSITY OF MIAMI, D/B/A
LEONARD M. MILLER SCHOOL OF
MEDICINE, *et al.*

    Defendants.
_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

The Undersigned, to whom matters and motions in the above-styled case have been referred, recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a); the Court's Internal Operating Procedure, IOP 2.16.00; and Administrative Order 2023-9.

**DONE AND ORDERED** in Chambers, Miami, Florida, on October 17, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge __Alicia M. Otazo-Reyes__.

Copies of this order shall be served on all pending parties of record by notice of electronic filing and/or United States mail. All documents for filing in this case shall carry the following case number and designation: __23-cv-20497-Otazo-Reyes__.

BY ORDER OF the Court on __October 17th__, 2023, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By: __/s/Valerie Kemp__
Deputy Clerk

**Copies furnished to:**
The Honorable Roy K. Altman
All counsel of record