UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20497-ALTMAN/Becerra

**OMAIDA C. VELAZQUEZ**,

 *Plaintiff*,

v.

**UNIVERSITY OF MIAMI LEONARD M. MILLER SCHOOL OF MEDICINE**, *et al.*,

 *Defendants*.

_____/

**ORDER OF REFERRAL**

 The Defendants have filed a Motion to Dismiss [ECF No. 58]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, we hereby **ORDER** that:

1. The Motion to Dismiss [ECF No. 58] is **REFERRED** to United States Magistrate Judge Jacqueline Becerra for a report and recommendation.

2. Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, all pretrial non-dispositive and discovery matters are hereby **REFERRED** to United States Magistrate Judge Jacqueline Becerra. The parties shall not file any written discovery motions, including motions to compel, for protective order, or for sanctions, without the consent of the Magistrate Judge. Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before seeking the Court's intervention. The Court may impose sanctions, monetary or otherwise, if it determines that a party has improperly sought or withheld discoverable material in bad faith. If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, they shall not file written motions. Rather, the "moving party" shall follow Magistrate Judge Becerra's standard discovery

procedures. Should the parties have any questions regarding the resolution of discovery issues, counsel should contact the chambers of Magistrate Judge Becerra at (305) 523-5930.

3. All pleadings filed after this date shall bear the following case number, 23-cv-20497-ALTMAN/Becerra, indicating the Magistrate Judge to whom relevant motions should be routed. This case is to remain **CLOSED** for administrative purposes.

**DONE AND ORDERED** in the Southern District of Florida on January 22, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record